IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIC RICHARDSON,

        Petitioner,

v.

DANIEL P. BURNS, et al.,

        Respondents.

13cv110
**ELECTRONICALLY FILED**

## ORDER OF COURT

AND NOW, this 13th day of September, 2013, after the petitioner, Eric Richardson, filed a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the petitioner, and upon independent and de novo review of the petition and the record and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 6), which is ADOPTED as the opinion of this Court,

IT IS ORDERED that the petition for a writ of habeas corpus filed by petitioner Eric Richardson (ECF No. 4) is DISMISSED pursuant to 28 U.S.C. § 2241 and that a certificate of appealability be DENIED.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure it the petitioner desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

                                                Mark R. Hornak
                                                United States District Judge